**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7301**

RUSSELL LEE MCBEE,

Plaintiff - Appellant,

v.

ERIC WILSON, Warden; KATHERINE LAYBOURN, Medical Administrator; MARK DICCOCO, Clinical Director; J. F. CARAWAY, Regional Director,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, Magistrate Judge.  (3:16-cv-00160-RCY)

Submitted:  March 29, 2018                         Decided:  April 2, 2018

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Russell Lee McBee, Appellant Pro Se.  Jonathan Holland Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Lee McBee appeals the magistrate judge's order granting summary judgment to the Defendants and dismissing his civil rights complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *McBee v. Wilson*, 3:16-cv-00160-RCY (E.D. Va. Sept. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the jurisdiction of the magistrate judge.